# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

CAPITOL INDEMNITY
CORPORATION,

        Plaintiff,

vs.

DRAES, INC., a Montana corporation, GG&ME, LLC, a Montana limited liability company, BRYAN SANDROCK, KEVIN DETIENNE, individually and on behalf of THE VIBEKE DETIENNE TRUST as Trustee, THE TRAIN STATION, LLC, a Montana limited liability company, and THE MONEY TRAIN, LLC, a Montana limited liability company,

        Defendants.

No. CV 17-85-H-SEH

ORDER

On March 7, 2018, the Court conducted a hearing on its previously issued Order to Show Cause.[1] Upon the record made in open court and the Notice of Stipulation[2] filed on March 8, 2018:

---

[1] Doc. 27.

[2] Doc. 32.

ORDERED:

The Order to Show Cause is DISCHARGED.

DATED this 8th day of March, 2018.

*[signature: Sam E. Haddon]*

SAM E. HADDON
United States District Judge