John C. Doubek
DOUBEK, PYFER & FOX, PC
307 North Jackson
P.O. Box 236
Helena, MT 59624
Telephone: (406) 442-7830
Facsimile: (406) 442-7839
john@lawyerinmontana.com

Attorney for Defendants, Draes, Inc., GG&ME,
Bryan Sandrock and The Train Station, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| CAPITAL INDEMNITY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DRAES, INC., a Montana corporation, ) <br> GG&ME, a Montana limited liability ) <br> company, BRYAN SANDROCK, KEVIN ) <br> DeTIENNE, individually and on behalf of ) <br> VIBEKE DeTIENNE TRUST, as trustee, ) <br> THE TRAIN STATION, LLC, a Montana ) <br> limited liability company, and THE ) <br> MONEY TRAIN, LLC, a Montana limited ) <br> liability company, ) <br> ) <br> Defendants. ) | Case No. 6:17-CV-00085-SEH <br><br><br> NOTICE OF SETTLEMENT |

\* \* \* \* \* \*

1

The parties are preparing final settlement documents dismissing this case, with prejudice, and should be able when counsel returns to their offices to file such appropriate documents by September 18, 2018

DATED this 11th day of September, 2018.

/s/ Fred Simpson, Esq.  /s/ John C. Doubek
Attorney for Plaintiff  Attorney for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that, on September 11, 2018, a copy of the foregoing document was served on the following persons by the following means:

__1,2__ CM/ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1. Clerk, U.S. District Court

2. Fred Simpson
   Capp Jenks & Simpson PC
   105 SW Higgins, Suite 400
   Missoula, MT 59803

/s/ John C. Doubek