IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DRAES, INC., a Montana corporation, GG&ME, LLC, a Montana limited liability company, BRYAN SANDROCK, KEVIN DETIENNE, individually and on behalf of THE VIBEKE DETIENNE TRUST as Trustee, THE TRAIN STATION, LLC, a Montana limited liability company, and THE MONEY TRAIN, LLC, a Montana limited liability company,<br><br>　　　　　　Defendants. | No. CV 17-85-H-SEH<br><br>ORDER |

On January 5, 2018, the defaults of Kevin DeTienne, individually and on behalf of The Vibeke DeTienne Trust as Trustee, The Train Station, LLC, and The Money Train, LLC, were entered.[1]

---

[1] Doc. 23.

-1-

A preliminary pretrial conference was held on March, 7, 2018.[2] Plaintiff was represented by Fred Simpson, Esq. Defendants Draes, Inc., GG&ME, LLC, and Bryan Sandrock were represented by John C. Doubek, Esq.

On September 18, 2018, Plaintiff and the remaining Defendants Draes, Inc., GG&ME, LLC, and Bryan Sandrock entered the following stipulation:

> COMES NOW the parties above named, by and through their counsel, and hereby stipulate that this case may be dismissed, with prejudice, each side to bear their own costs and fees, as the matter has been amicably resolved.[3]

ORDERED:

This case is DISMISSED with prejudice, each party to bear its own costs and fees.

The Clerk is directed to close the file.

DATED this 18th day of September, 2018.

SAM E. HADDON
United States District Court

---

[2] Doc. 31.

[3] Doc. 44 at 1.